LOUISE ELLIS v. ANNA M. KELSEY and Others.— Motion granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

MARGARET ROONEY, as Administratrix, etc., v. MAX BEIGELMAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

AMERICAN PROTECTIVE AND CREDIT SERVICE CORPORATION v. J. HARRY TREGOE and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

In the Matter of DAVID MCADAM, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

THOMAS E. WING, etc., v. GEORGE W. MCELHINEY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

ANTHONY PALADINO and Others v. TYROL REALTY CORPORATION, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

ANTHONY PALADINO and Others v. TYROL REALTY CORPORATION, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

CARL B. MOORE v. WEST DISINFECTING COMPANY.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

THE CONNERS BROTHERS COMPANY, INC., v. THE ÆTNA ACCIDENT AND LIABILITY COMPANY, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

J. STANLEY FOSTER and Another v. JUTTA BELL RANSKE.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

A. A. LEVY COMPANY, INC., v. COLUMBIA OVERSEAS CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

THE CITY OF NEW YORK v. RICHMOND LIGHT AND RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

RICHARD C. BURNE v. VAN RAALTE COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

THE CITY OF NEW YORK v. NEW YORK TELEPHONE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

DAVID LIEBERMAN v. THE TEMPLAR MOTOR COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

FRANK SMITH v. NEW ENGLAND STEAMSHIP COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.